HONORABLE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIEN T. SABADO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF POULSBO, a Washington State Municipal Corporation; CHRISTOPHER R. MONDRY, a Poulsbo Police Officer; and CORY WEBSTER, a Poulsbo Police Officer,<br><br>　　　　　　　　　　　Defendants. | NO.  C05-5318 FDB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[Clerk's Action Required] |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs.

　　　　DATED this _____ day of June, 2005.

LAW OFFICE OF RANDY LOUN　　　　　　　BURGESS FITZER, P.S.

_____　　By: _____
RANDY LOUN, WSBA No. 14669　　　　　　　　　 JOHN T. KUGLER, WSBA No. 19960
Attorney for Plaintiff　　　　　　　　　　　　　　　　　　　Attorney for Defendants

# **O R D E R**

THIS MATTER coming on to be heard before the undersigned Judge of the above-entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DONE this 12th day of July 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

BURGESS FITZER, P.S.


By: _____
       JOHN T. KUGLER, WSBA No. 19960
       Attorney for Defendants


Copy received, approved as to form,
notice of presentment waived:



_____
RANDY LOUN, WSBA No. 14669
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION FOR AND ORDER OF DISMISSAL
Page 3 of 3
NO.  C05-5318 FDB

H:\Data\Civil\05 July 12 Sabado Stip4dismissal.wpd